■ The People of the State of New York, Respondent, v Christopher Clark, Appellant. [931 NYS2d 212]—

The court properly denied defendant's suppression motion. There is no basis for disturbing the court's credibility determinations, including its evaluation of inconsistencies in testimony. We do not find the police account of the incident to be implausible. Concur—Mazzarelli, J.P., Moskowitz, Acosta, Renwick and DeGrasse, JJ.